UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| URIM KAZAGIQI,<br><br>          Plaintiff,<br><br>    v.<br><br>J.P. MORGAN SECURITIES, LLC,<br><br>          Defendant. | Civil Action No. 25-18218 (JXN)(CF)<br><br>**MEMORANDUM ORDER** |

**NEALS**, District Judge

On July 6, 2026, the Court ordered *pro se* Plaintiff Urim Kazagiqi ("Plaintiff") and Defendant J.P. Morgan Securities, LLC ("JPMS") to engage in thirty (30) days of jurisdictional discovery to determine JPMS's citizenship (*see* Order, ECF No. 13); and

**WHEREAS** after jurisdictional discovery, the Court granted Plaintiff "thirty (30) days to file an amended complaint setting forth proper jurisdictional allegations," (*id.*);

**WHEREAS** the Court also denied JPMS's pending motion to compel arbitration without prejudice to JPMS's ability to later refile;

**WHEREAS** under 28 U.S.C. § 1332(a), federal courts may hear actions between citizens of different states where the amount in controversy exceeds $75,000;

**WHEREAS** "the citizenship of an LLC is determined by the citizenship of its members," *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010);

**WHEREAS** Plaintiff filed a July 21, 2026 letter stating JPMS's sole member is a Delaware corporation based in New York, (*See* Pl.'s Letter, ECF No. 14);

**WHEREAS** Plaintiff requests leave to file an amended complaint alleging the same, (*id.*);

**AND WHEREAS** the Court concludes that, based on Plaintiff's letter, the parties are completely diverse because Plaintiff is a New Jersey citizen, while JPMS is a Delaware and New York citizen;

**IT IS** on this 24th day of July 2026

**ORDERED** that Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint setting forth proper jurisdictional allegations.

_____
**JULIEN XAVIER NEALS**
**United States District Judge**

2